# UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Damron v. Davol, Inc., et al.*
Case No. 2:21-cv-4812

## ORDER

This matter is before the Court on Defendants' motion to compel production of Plaintiff's Plaintiff Profile Form ("PPF") as required by Case Management Order No. 8 (Case No. 18-md-2846, ECF No. 57.)  Defendants' motion (ECF No. 14) is **GRANTED**.  Plaintiff is required to produce the completed PPF within thirty days or this case will be dismissed.

**IT IS SO ORDERED.**


5/16/2023
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**